# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00400-CR

**Ashley Fritz, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 390TH JUDICIAL DISTRICT
### NO. D-1-DC-05302654, HONORABLE JON N. WISSER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Ashley Fritz seeks to appeal from a judgment of conviction for robbery. The trial court has certified that this is a plea bargain case and Fritz has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The appeal is dismissed. *See id*. rule 25.2(d).

_____

G. Alan Waldrop, Justice

Before Justices B. A. Smith, Puryear and Waldrop

Dismissed for Want of Jurisdiction

Filed: August 9, 2006

Do Not Publish